**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2166**

STACEY HAILEY,

              Plaintiff - Appellant,

        v.

PATRICK R. DONAHOE, Postmaster General & Chief Executive
Officer, United States Postal Service,

              Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.   Norman K. Moon, Senior
District Judge.  (6:11-cv-00022-NKM-RSB)

Submitted:  December 13, 2012      Decided:  December 18, 2012

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stacey Hailey, Appellant Pro Se.   Thomas Linn Eckert, Assistant
United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stacey Hailey appeals the district court's order denying relief on his claims of employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we grant Hailey's application to proceed in forma pauperis and affirm for the reasons stated by the district court. Hailey v. Donahoe, No. 6:11-cv-00022-NKM-RSB (W.D. Va. July 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED